NUMBER 13-03-503-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

ARTURO MEDINA MORENO,                                              Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
___________________________________________________________________

On appeal from the 197th District Court
of Cameron County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellant seeks to appeal from an order continuing community supervision. We
dismiss the appeal for want of jurisdiction.
         In Basaldua v. State, 558 S.W.2d 2 (Tex. Crim. App. 1977), the Court held that
a defendant may not appeal from an order continuing a defendant on probation with
amended terms and conditions. There is neither constitutional nor statutory authority
which would confer jurisdiction on this Court to hear an appeal from an order
modifying probationary conditions. Basaldua, 558 S.W.2d at 5.
         Accordingly, the appeal is DISMISSED FOR WANT OF JURISDICTION.
                                                               PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).
Memorandum Opinion delivered and filed this
the 12th day of May, 2005.